JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

STATE FARM GENERAL
ISURANCE COMPANY,

            Plaintiff,

vs.

LOWE'S HOME CENTERS, LLC

            Defendant

| | |
|---|---|
| ) | Case No.: CV 18-1285-DMG (JPRx) |
| ) | |
| ) | ORDER APPROVING STIPULATION |
| ) | FOR DISMISSAL OF ACTION [9] |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |

_____

        Pursuant to the stipulation of State Farm General Insurance Company
("Plaintiff") and defendant Lowe's Home Centers, LLC, IT IS HEREBY
ORDERED THAT:

        1.  Plaintiff's action is dismissed without prejudice in its entirety;

        2.  Each party shall bear its own costs, expenses, and attorney's fees; and

        3.  All scheduled dates and deadlines are VACATED.

IT IS SO ORDERED.

DATED:  March 15, 2018                    _____
                                          DOLLY M. GEE
                                          UNITED STATES DISTRICT JUDGE